IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOHHNY M. RUFFIN, JR.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No.  **03-210-DRH** |
| ) | |
| **WINNEBAGO COUNTY JAIL, et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion to stay responsive pleading to the defendants' motion to dismiss until the Court has ruled on plaintiff's motion for reconsideration of his motion to amend the complaint.  **(Doc. 76).**  Plaintiff asserts that his proposed amended complaint omits the claims at which the motion to dismiss is directed.

By separate order the Court has denied plaintiff leave to amend his complaint due to an array of "technical" flaws in the proposed amended pleading.  However, the Court has given plaintiff leave to again move to amend his complaint.  The deadline for such a motion is December 15, 2006.  Therefore, the Court will not issue its recommendation until that deadline has passed.

**IT IS THEREFORE ORDERED** that plaintiff's motion to stay responsive pleading to the defendants' motion to dismiss **(Doc. 76)** is **GRANTED IN PART AND DENIED IN PART.**  More specifically, on or before **December 15, 2006**, plaintiff shall file a motion for leave to amend his complaint, OR a response to the defendants' motion to dismiss **(Doc. 66)**.

**IT IS SO ORDERED.**

**DATED:  November 21, 2006**

                   <u>**s/ Clifford J. Proud**</u>
                   **CLIFFORD J. PROUD**
                   **U. S. MAGISTRATE JUDGE**