IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JOHHNY M. RUFFIN, JR.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **03-210-DRH** |
| | ) | |
| **WINNEBAGO COUNTY JAIL, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**PROUD, Magistrate Judge:**

Defendants Feinerman, Garcia and Doughty are before the Court seeking to compel plaintiff to execute a release authorizing the defendants to obtain copies of his medical records and IDOC masterfile. **(Doc. 83).**

The Court recognizes that there may be some confusion on plaintiff's part, regarding whether he has already authorized release of his medical records and master file. Although plaintiff may have already executed a release allowing other defendants to obtain his records, a separate release is necessary for defendants Feinerman, Garcia and Doughty to gain access to plaintiff's records. Furthermore, just because some of the defendants are employees of the IDOC does not authorize them to access plaintiff's records; they too need a release. The fact that the defendants may be able to afford to obtain copies of the records and plaintiff apparently cannot afford to pay for copies is not grounds for plaintiff refusing to execute the release. If plaintiff continues to make signing the release contingent upon his receipt of free copies of the records, the Court will directly order the IDOC to release the records.

**IT IS THEREFORE ORDERED** that the defendant's motion to compel **(Doc. 83)** is

1

**GRANTED**. On or before **December 8, 2006**, plaintiff shall execute the release authorizing defendants Feinerman, Garcia and Doughty to gain access to plaintiff's medical records and master file.

    **IT IS SO ORDERED.**

    DATED:  November 21, 2006

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**
