IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOHHNY M. RUFFIN, JR.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No.  **03-210-DRH** |
| ) | |
| **WINNEBAGO COUNTY JAIL, et al.,** ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion for "civil contempt" **(Doc. 81)**, which the Court construes as a motion to compel the defendants to make the initial disclosures previously ordered to be made by September 15, 2006.  Plaintiff contends the defendants are in possession of his medical records, but they have not turned them over.

In response, the defendants assert that they have made the required disclosures.  **(Docs. 85 and 79).**  With respect to plaintiff's medical records, the defendants assert that the records are at the correctional center where plaintiff is housed, and that plaintiff is entitled to copies at a cost of 10¢ per page.  Defendants contend plaintiff is not legally entitled to free copies of his medical records from them.

Defendants are correct, they need only notify plaintiff of the location of his medical records.  Defendants are not obligated to provide plaintiff with free copies of documents equally accessible to plaintiff, despite plaintiff's status as a pauper.  *See* **Fed.R.Civ.P. 34(a); 28 U.S.C. § 1915(c); and** *Ivey v. Harney***, 47 F.3d 181 (7th Cir. 1995)**.

**IT IS THEREFORE ORDERED** that plaintiff's motion to compel **(Doc. 81)** is

**DENIED**.

    **IT IS SO ORDERED.**

    **DATED: January 29, 2007**

                                                   **s/ Clifford J. Proud**
                                                   **CLIFFORD J. PROUD**
                                                   **U. S. MAGISTRATE JUDGE**