IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHNNY RUFFIN,

Plaintiff,

v.

WINNEBAGO COUNTY JAIL,
et al.,

Defendants.                                    No. 03-cv-0210-DRH

### ORDER

**HERNDON, District Judge:**

Pending before the Court is Defendants' second motion for enlargement of time to file a motion for summary judgment (Doc. 133). Said motion is **GRANTED**. The Court **ALLOWS** Defendants up to and including June 15, 2007 to file its motion for summary judgment.

**IT IS SO ORDERED.**

Signed this 1st day of June, 2007.

/s/     David RHerndon
**United States District Judge**