IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHNNIE M. RUFFIN, JR.,

    Plaintiff,

v.

WINNEGAGO COUNTY JAIL, et al.,

    Defendants.                                Case No. 03-cv-210-DRH

### ORDER

**HERNDON, Chief Judge:**

As Plaintiff has failed to properly prosecute as required in the Notice of Impending Dismissal for Want of Prosecution, entered by United States Magistrate Judge Clifford J. Proud, on November 17, 2008 (Doc. 216), the Court hereby finds that Plaintiff's claims against defendant **Mary West**, as stated in his Complaint, are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed this 8th day of December, 2008.

/s/    David R Herndon

**Chief Judge**
**United States District Court**