IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JOHNNY M. RUFFIN, JR.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **03-210-DRH** |
| | ) | |
| **WINNEBAGO COUNTY JAIL, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

In accordance with Chief Judge David R. Herndon's order dated November 26, 2008 **(Doc. 217)**, and pursuant to *Pavey v. Conley*, 544 F.3d 739 (7th Cir. 2008), an evidentiary hearing must be conducted regarding whether plaintiff exhausted administrative remedies (and related questions regarding the statute of limitations). In order to facilitate that hearing, and in the interest of judicial economy, plaintiff's motion for appointment of counsel **(Doc. 209)** is **GRANTED**.

The Court also has inherent authority to appoint counsel to ensure the orderly prosecution of litigation in the district. Members of the bar of this Court are obligated to accept appointments, provided an appointment is not made more than once during a twelve-month period. **Local Rule 83.1(i).** Accordingly, attorney **J. Robert Edmonds**, of Mormino Velloff, et al., 3517 College Avenue, Alton, IL 62002, is hereby **APPOINTED** to represent plaintiff in all further proceedings in the district court regarding the above-titled action. Attorney Edmonds shall formally enter his appearance in this case on or before **December 24, 2008**.

An evidentiary hearing relating to the remaining exhaustion of administrative remedies

1

and statute of limitations arguments raised in defendant Garcia's motion for summary judgment

on Counts 5 and 9 **(Doc. 194;** *see* **Doc. 217)** is set for **January 26, 2009, at 10:00 a.m.**

      **IT IS SO ORDERED.**

      **DATED:  December 8, 2008**

                                    **s/ Clifford J. Proud**
                                      **CLIFFORD J. PROUD**
                                      **U. S. MAGISTRATE JUDGE**