IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHNNY M. RUFFIN, | ) |
| Plaintiff, | ) |
| vs. | ) No. 03-210-DRH |
| WINNEBAGO COUNTY JAIL, et al., | ) |
| Defendants. | ) |

## CERTIFICATION

This case is certified as being ready for a final pretrial conference and trial setting. The Clerk of Court is directed to return the file to Chief Judge David R. Herndon for further proceedings.

SO ORDERED.

DATED: March 2, 2009

S/Clifford J. Proud
**CLIFFORD J. PROUD**
**United States Magistrate Judge**