# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOHNNY M. RUFFIN, JR.,**

    **Plaintiff,**

v.

**WINNEBAGO COUNTY JAIL, et al.,**

    **Defendants.**                                                            Case No. 03-cv-210-DRH

## ORDER

**HERNDON, Chief Judge:**

        Before the Court is a Plaintiff's Motion to Extend Time Within Which to File Motions in Limine (Doc. 239). Plaintiff was recently appointed counsel, *pro bono*, to represent him for the remainder of proceedings, including trial, in this suit (*see* Doc. 235). The Final Pretrial Conference in this case is set for April 10, 2009. It is the Court's policy that motions in limine be filed prior to the Final Pretrial Conference. Plaintiff's counsel does not seek to continue the Final Pretrial Conference, however, the instant Motion explains that additional time is necessary to file motions in limine because counsel needs further time to familiarize himself with the extensive record in this case. Thus, he seeks an Order allowing an extension of time of up to two weeks prior to the trial date to file Motions in Limine on Plaintiff's behalf.

        For good cause shown, said Motion (Doc. 239) is **GRANTED**. Accordingly, Plaintiff shall have until two weeks prior to the trial date to file any and

all Motions in Limine.  Plaintiff's counsel, should, however, endeavor to file said motions earlier, if possible, in order to allow Defendants sufficient response time and the Court sufficient time to make a ruling.  A trial date in this matter has not been set and will not be set until the Final Pretrial Conference.

**IT IS SO ORDERED**.

Signed this 26th day of March, 2009.

/s/     David R Herndon

**Chief Judge**
**United States District Court**