IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHNNY M. RUFFIN, JR.,

    Plaintiff,

v.

WINNEBAGO COUNTY JAIL, et al.,

    Defendants.                                    Case No. 03-cv-210-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendants' Motion to Stay (Doc. 247). Plaintiff recently filed a Waiver of Jury Trial (Doc. 245). Because Defendants oppose waiving a jury trial at this time, they ask that the deadline for the Parties to submit the Proposed Final Pretrial Order[1] be stayed until the Court resolves the issue of whether this matter will proceed as a bench or jury trial.

The record reveals that a jury demand was previously made in this case by defendants Feinerman, Garcia and Doughty (*see* Docs. 57 & 64). Although these Defendants have since settled with Plaintiff, once a party makes a timely jury demand, it cannot be withdrawn without the consent of all remaining parties. **FED. R. CIV. P. 38(d);** *see Middle Tenn. News Co., Inc. v. Charnel of Cincinnati, Inc.*,

---

[1] During the Final Pretrial Conference on April 13, 2009, the Court ordered the Parties to submit their Proposed Final Pretrial Order within 30 days (Doc. 244).

**250 F.3d 1077, 1083 (7th Cir. 2001)**.

Because it is clear from Defendants' instant Motion that they do not consent to a waiver of jury trial, this case will proceed as a trial by jury at this juncture. Thus, there is no reason to stay the submission of the Parties' Proposed Final Pretrial Order. As such, Defendants' Motion to Stay (Doc. 247) is **DENIED**. Accordingly, the Parties' must submit their Proposed Final Pretrial Order by **Tuesday, May 19, 2009**. This submission shall be sent to the Court's email: DRHpd@ilsd.uscourts.gov

**IT IS SO ORDERED**.

Signed this 14th day of May, 2009.

/s/   David R Herndon

**Chief Judge
United States District Court**