IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOHNNY M. RUFFIN, JR.,**

    **Plaintiff,**

v.

**WINNEBAGO COUNTY JAIL, et al.,**

    **Defendants.**                                      Case No. 03-cv-210-DRH

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

    Before the Court is Plaintiff's Motion to Compel. (Doc. 264). Defendants timely filed a Response. (Doc. 265). In his Motion, Plaintiff requests that the Court enter an Order requiring Defendant, Illinois Department of Corrections, to turn over the last known address of witness Dennis Thomas. Mr. Thomas purportedly can offer testimony relevant to this matter, but was released from prison in April 2004. Defendants responded that following Plaintiff's filing of the Motion to Compel, they agreed to turn over Mr. Thomas' last known address and in fact have done so. Accordingly, it appearing that this issue is resolved, the Court **DENIES** Plaintiff's Motion to Compel as **MOOT**.

        **IT IS SO ORDERED**.

    Signed this 29th day of September, 2009.

                                                     /s/    David R Herndon
                                                     **Chief Judge**
                                                     **United States District Court**