## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JOHNNY M. RUFFIN, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **WINNEBAGO COUNTY JAIL, et al,** | ) | |
| | ) | |
| **Defendants.** | ) | **Case No. 03-cv-210-DRH** |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action was before the Court for the purpose of docket control.

**IT IS ORDERED AND ADJUDGED** that pursuant to jury verdict entered in this Court on October 8, 2009, judgment is entered in favor of the plaintiff, **JOHNNY M. RUFFIN, JR., on Count 16 herein,** and against defendant, **ILLI-NOIS DEPARTMENT OF CORRECTIONS,** in the amount of Seventeen Thousand Dollars ($17,000.00).

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** pursuant to the Jury Verdict entered in this Court on October 8, 2009, judgment is entered in favor of the defendants, **SCOTT WCYISKALLA (Count 9), ELISA REA (Count 17), and KAREN McKINNEY (Count 9)** and against plaintiff, **JOHNNY M. RUFFIN, JR.**

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting defendant's motion for Judgment as a Matter of Law, during trial,  on October 6, 2009**,** judgment is entered in favor of the defendants, **KAREN WALLS (Count 5) and JONATHAN WALLS (Count 11)** and against plaintiff, **JOHNNY M. RUFFIN, JR.**

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting defendant's motion for Judgment as a Matter of Law, during trial, on October 7, 2009**,** judgment is entered in favor of the defendants, **JONATHAN WALLS, DONALD N. SNYDER, ROGER COWEN, ALAN FRENTZEL, PAM GRUBMAN, and GARY KNOP**, **on Count 16,** and against plaintiff, **JOHNNY M. RUFFIN, JR.**

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated March 26, 2009, judgment is entered in favor of the defendants, **ALFREDO GARCIA, M.D., ADRIAN FEINERMAN, M.D., and STEPHEN DOUGHTY, M.D.** and against plaintiff, **JOHNNY M. RUFFIN, JR.**

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated March 27, 2008, judgment is entered in favor of defendants, **GUY PIERCE, CHRISTINE MITCHELL, TYRONE MURRAY and MAVIS GROSS** and against plaintiff, **JOHNNY M. RUFFIN, JR.** In light of the

passage of time and the untimeliness of any attempt to amend plaintiff's complaint at this juncture, the negligence claims under Counts 7 and 13 dismissed in said order without prejudice are now converted to dismissals with prejudice.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated August 2, 2005, judgment is entered in favor of defendants, **UNKNOWN PARTY, JOHN DOE, WINNEBAGO COUNTY JAIL, RICHARD MEYERS, GARY ARBISI, DEBRA DECKER, RONALD WILLIAMS, ROBERT A. DAVENPORT AND SUPERINTENDENT MAUE** and in favor of plaintiff, **JOHNNY M. RUFFIN, JR.**

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that the counts of the complaint herein were disposed of in the following fashion: Counts One through Four were dismissed with prejudice on March 31, 2003 in the Northern District prior to transfer to the Southern District; Count Five was dismissed with prejudice at the close of the plaintiff's case on October 6, 2009; Count Six was dismissed with prejudice at threshold (Doc. 21); Count 7 was dismissed without prejudice on March 27, 2008, (Doc. 183), converted to with-prejudice herein; Count 8was dismissed with prejudice on March 27, 2008 (Doc. 183); Count 9 was dismissed with prejudice herein pursuant to the jury's verdict; Count 10 was dismissed with prejudice at threshold on August 2, 2005 (Doc. 21); Count 11 was dismissed with prejudice herein pursuant to the jury's verdict; Count 12 was dismissed with prejudice at threshold on August 2, 2005 (Doc. 21); Count 13 was dismissed without prejudice on March 27, 2008, (Doc. 183), converted to with-prejudice herein; Count 14 was dismissed with prejudice at threshold on August 2, 2005 (Doc. 21); Count 15 was dismissed with prejudice at threshold on August 2, 2005 (Doc. 21); as to Count 16, defendant Illinois Department of Corrections is ordered by the jury's verdict to pay $17,000.00 and judgment is entered herein accordingly, as to the balance of the defendant's named therein the claim was dismissed with prejudice on October 7, 2009 during trial; as to Count 17, defendant Walls was dismissed with prejudice on October 6, 2009 during trial and the jury found in favor of defendant Rea, the Court dismissing said count with prejudice herein------------------------------------------------------------------------------------------

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:_____/s/*Sandy Pannier*_____
                         **Deputy Clerk**

Dated: October 13, 2009.

APPROVED: /s/       *David R Herndon*_____
                CHIEF JUDGE
                U. S. DISTRICT COURT